# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ALFRED A. JOHNSON SR., | : | Case No. 1:24-cv-174 |
| Plaintiff, | : | District Judge Michael R. Barrett |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| OFC. T. MANNS, *et. al.*, | : | |
| Defendants. | : | |

## ORDER

This civil rights matter is before the Court on Plaintiff's second motion for discovery. (ECF No. 8). The motion is **DENIED**. As previously stated, the Court has not yet determined whether this case can proceed. (*See* Order denying first motion for discovery, ECF No. 7). Further, discovery requests generally may not be filed with the Court. Fed. R. Civ. P. 5(d)(1).

If this case proceeds, then Plaintiffs may seek discovery in the manner permitted by the Federal Rules of Civil Procedure and this Court's Local Civil Rules. Plaintiff is **DIRECTED** not to serve discovery requests directly on the Defendants unless and until the Court determines that his case may proceed and the Defendants have been properly served, have appeared in this action, and have formally responded to the Complaint. Plaintiff is further **DIRECTED** not to file any discovery-related submissions with the Clerk of Court unless he is permitted to do so by the applicable Federal Rules of Civil Procedure and this Court's Local Civil Rules.

**IT IS SO ORDERED.**

May 22, 2024

*/s/ Caroline H. Gentry*
CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE