UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alfred A. Johnson, Sr.,

    Plaintiff,

        v.                                  Case No.   1:24cv174

Ofc. T. Manns, *et al*.

    Defendants.

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on July 29, 2024, (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R, (Doc. 14), of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, this case is **DISMISSED**. The Court **CERTIFIES** that an appeal of this order would not be taken in good faith, and accordingly **DENIES** Plaintiff leave to appeal in *forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                               United States District Court